## WADSWORTH V. SANFORD.

ERROR from the Superior Court, upon a bill of exceptions. The defendant in error pleaded in abatement of the writ — That the bill of exceptions on which it was founded contained only a general stating of the facts and arguments in the cause, and was drawn up after a verdict of the jury, and judgment thereon; which is not warranted by any law or usage of this state.—And upon argument, the court resolved — That a bill of exceptions, taking up the whole cause, as in this case, is not admissible, and can be no legal foundation for a writ of error.— So the process was dismissed. (See M'Donald v. Fisher, *ante*, 339.)